# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JIMMY LEE RASCO, | Case No. CV 19-00821-MWF (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN MULICENIK, United States Penitentiary Victorville, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: August 29, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge